UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARKK FOOD COMPANY,
a Michigan corporation,

    Plaintiff,                                   CASE NO.: 8:21-CV-1571

vs.

TOMATO THYME CORPORATION,
a Florida corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiff, ARKK FOOD COMPANY, a Michigan corporation, hereby sues Defendant, TOMATO THYME CORPORATION, a Florida corporation, and alleges:

### Jurisdiction, Parties & Venue

1. This is an action for damages in excess of $75,000, exclusive of interest, costs and attorneys' fees.

2. Plaintiff, ARKK FOOD COMPANY ("ARKK"), is a corporation incorporated under the laws of Michigan and maintains its principal place of business in Bloomfield Hills, Michigan.

3. Defendant, TOMATO THYME CORPORATION ("Tomato Thyme"), is a corporation incorporated under the laws of Florida and maintains its principal place of business in Hillsborough County, Florida.

4. This Court has diversity jurisdiction over this matter pursuant to Title 28 U.S.C. § 1332(a)(1).

5. Venue is appropriate in the Middle District of Florida pursuant to Title 28 U.S.C. § 1391(b)(1) or (2), as Defendant is a resident of this District and a substantial part of the events or omissions giving rise to the claims occurred in this District.

## General Allegations

6. The Farmers to Families Food Box program is part of the Coronavirus Food Assistance Program, which was developed in response to the COVID-19 pandemic. Using authority provided by the Families First Coronavirus Response Act, the USDA partnered with national, regional and local distributors to purchase and distribute agricultural products to Americans in need.

7. Tomato Thyme contracted with the USDA to supply food boxes for the Farmers to Families Food Box Program.

8. Tomato Thyme contracted with ARKK to purchase meat and poultry products that were to be incorporated into Tomato Thyme's food boxes for the Farmers to Families Food Box Program.

9. Specifically, on or about November 6, 2020, ARKK and Tomato Thyme entered into a Subcontractor/Supplier Agreement (the "Agreement") for ARKK to

supply meat and poultry products. A true and correct copy of the Agreement is attached hereto as **Exhibit A**.

10. ARKK does not have in its possession a fully executed copy of the Agreement. Upon information and belief, a fully executed copy is Tomato Thyme's possession and will be requested during discovery.

11. ARKK worked diligently with Tomato Thyme to develop a customized meat supply program that was specially tailored to the combination boxes that Tomato Thyme distributed for the Farmers to Families Food Box Program.

12. Tomato Thyme issued various purchase orders to ARKK which specified the food products, quantity, price and delivery location.

13. During the first three weeks of November 2020, ARKK delivered shipments of meat and poultry products to Tomato Thyme pursuant to the Agreement and purchase orders issued by Tomato Thyme.

14. The total price of ARKK's shipments that were actually delivered through November 24, 2020 exceeded $1.9 million.

15. These shipments were delivered in full and on time, with only minor exceptions which were promptly addressed and approved without complaint by Tomato Thyme.

16.     However, on November 25, 2020, Tomato Thyme emailed AFC and unilaterally canceled pending purchase orders with scheduled deliveries after December 4, 2020.

17.     The following day, Tomato Thyme again emailed AFC to reiterate that no food deliveries after December 4, 2020 would be accepted or paid for. These purchase orders included:

    a. 10797, for $82,940.00;

    b. 10801, for $82,940.00;

    c. 10808, for $82,940.00;

    d. 10809, for $82,940.00;

    e. 10810, for $82,940.00;

    f. 10817, for $82,940.00;

    g. 10818, for $82,940.00;

    h. 10819, for $82,940.00;

    i. 10821, for $82,940.00;

    j. 10823, for $82,940.00;

    k. 10824, for $84,480.00;

    l. 10825, for $84,480.00;

    m. 10826, for $82,940.00;

    n. 10827, for $82,940.00;

1903607v1 700112.0001

        o. 10828, for $74,870.40

        p. 10829, for $82,940.00;

        q. 10831, for $82,940.00; and

        r. 10833, for $82,610;

(collectively, "Purchase Orders").

18. True and correct copies of the cancelled Purchase Orders are attached hereto as Composite Exhibit B.

19. Tomato Thyme unilaterally cancelled the Purchase Orders because it was (i) offered meat and poultry products at a cheaper price and (ii) outsourced a portion of their USDA contract to a third-party that procured meat and poultry products from a different supplier.

20. Prior to Tomato Thyme's November 25, 2020 cancellation of the Purchase Orders, ARKK partially performed its obligations under the Purchase Orders.

21. Tomato Thyme also cancelled the Agreement without complying with the termination procedure set forth therein.

22. Tomato Thyme's unilateral cancellation of the Purchase Orders and the Agreement constituted material breaches.

23. All conditions precedent to maintaining this action have been satisfied or have been waived.

### Count I – Breach of Contract

24. Plaintiff restates and realleges the allegations at paragraphs 1-23 above.

25. Tomato Thyme materially breached the Agreement by unilaterally cancelling the Purchase Orders and the Agreement without providing at least thirty (30) days written notice for cancellation.

26. As a result of Tomato Thyme's material breach, ARKK has suffered damages. Such damages include storage costs, freight costs, the difference between the resale price and the contract price for food items that were resold by ARKK, lost profits, as well as the full contract price for food items which ARKK was unable to resell at a reasonable price despite reasonable efforts to resell them.

WHEREFORE, Plaintiff, ARKK FOOD COMPANY, requests that the Court enter a Judgment for damages against Defendant, TOMATO THYME CORPORATION, award costs and prejudgment interest, and all further relief that the Court deems necessary and proper.

### Count II – Breach of Purchase Orders

27. Plaintiff restates and realleges the allegations at paragraphs 1-23 above.

28. Tomato Thyme issued the Purchase Orders to ARKK which ARKK accepted.

6

29. ARKK's acceptance of the Purchase Orders created an enforceable contract between Tomato Thyme and ARKK for the delivery of meat and poultry products in accordance with the terms set forth in the Purchase Orders.

30. Tomato Thyme materially breached the Purchase Orders by unilaterally cancelling the Purchase Orders; by advising ARKK that it would refuse any attempted deliveries of any meat and poultry products that were scheduled for delivery after December 4, 2020; and by failing to pay the price set forth in the Purchase Orders.

31. As a result of Tomato Thyme's material breach, ARKK has suffered damages. Such damages include storage costs, freight costs, the difference between the resale price and the contract price for food items that were resold by ARKK, lost profits, as well as the full contract price for food items which ARKK was unable to resell at a reasonable price despite reasonable efforts to resell them.

WHEREFORE, Plaintiff, ARKK FOOD COMPANY, requests that the Court enter a Judgment for damages against Defendant, TOMATO THYME CORPORATION, award costs and prejudgment interest, and all further relief that the Court deems necessary and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable as a matter of law.

Dated this 30th day of June, 2021.

                                            **TRIPP SCOTT, P.A.**
                                            *Counsel for Plaintiff*
                                            110 Southeast 6th Street
                                            Fifteenth Floor
                                            Fort Lauderdale, Florida 33301
                                            Telephone: (954) 525-7500
                                            Facsimile:  (954) 761-8475

                                            By: */s/  Jerry D. Tamayo*
                                                  Catalina M. Avalos, Esq.
                                                  Florida Bar No. 090425
                                                  cma@trippscott.com
                                                  sag@trippscott.com
                                                  Jerry D. Tamayo, Esq.
                                                  Florida Bar No. 28532
                                                  jdt@trippscott.com
                                                  hbb@trippscott.com
                                                  eservice@trippscott.com

1903607v1 700112.0001